| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4874-2 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT for the WESTERN DISTRICT OF TEXAS MIDLAND |
|---|

| Plaintiff: VIRTAMOVE, CORP. |
|---|
| Defendant: MICROSOFT CORPORATION |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00338 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Notice Of Related Cases; Plaintiff's Corporate Disclosure Statement; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served:    MICROSOFT CORPORATION
   b. Person served:   Kaneisha Gross, authorized to accept service for Corporation Service Company, agent for service of process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   211 East 7th Street Suite 620, Austin, Texas 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Dec 26, 2024 (2) at: 03:26 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111
   
   d. The Fee for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/27/2024
(Date)                                                                    (Signature)



PROOF OF SERVICE

12400603
(17037445)