# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | Case No. 7:24-cv-00338-ADA |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Microsoft Corporation ("Microsoft") respectfully moves the Court for an order extending the deadline for Microsoft to answer, move, or otherwise respond to VirtaMove, Corp.'s ("VirtaMove") Complaint for Patent Infringement (Dkt. 1). The deadline for Microsoft to answer, move, or otherwise respond to VirtaMove's Complaint is March 3, 2025.

Microsoft requests an extension of time to answer, move, or otherwise respond to VirtaMove's Complaint to March 14, 2025. VirtaMove does not oppose Microsoft's request. The request is not sought for purposes of delay and will help to align the response date in this case with another related case pending in this District. Therefore, Microsoft respectfully requests that the Court extend the deadline for Microsoft to answer, move, or otherwise respond to VirtaMove's Complaint to March 14, 2025.

Dated: January 22, 2025               Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado, Suite 3000

- 2 -

Austin, TX 78701<br>
Tel: 512.457.7125<br>
Fax: 512.457.7001<br>
john.guaragna@us.dlapiper.com

**ATTORNEY FOR DEFENDANT**
**MICROSOFT CORPORATION**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendant conferred with Plaintiff's counsel. Plaintiff does not oppose Microsoft's request sought in this motion.

*/s/ John M. Guaragna*
John M. Guaragna

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ John M. Guaragna*
John M. Guaragna