UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | Case No. 7:24-cv-00338-ADA |

**ORDER GRANTING UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

This Court, having considered Microsoft Corporation's Unopposed Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint hereby orders that the motion is GRANTED.

Microsoft Corporation's deadline to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1) shall be set on March 14, 2025.

SIGNED this _____ day of January 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

906515925.1