**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00338 <br><br> JURY TRIAL DEMANDED |

**MICROSOFT CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation ("Microsoft") hereby discloses it has no parent corporation and that there is no publicly-held company that owns 10% or more of Microsoft's stock.

Dated: March 17, 2025

Respectfully submitted,

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No 24043308
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

1

1618431625

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system in accordance with Local Rule CV-5.

*/s/ John M. Guaragna*
John M. Guaragna

1618431625