UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00338-ADA <br><br> **JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff VirtaMove, Corp. ("VirtaMove") and Defendant Microsoft Corporation ("Microsoft") hereby provide the following status report.

## SCHEDULE

A proposed scheduling order has not yet been filed, nor has a *Markman* date been proposed, nor a trial date proposed.

## FILINGS AND EXTENSIONS

VirtaMove's Complaint was filed on December 20, 2024 before Judge Counts. Microsoft received an 11-day extension of time to respond (Dkt. 10) and filed its Answer (Dkt. 13) on March 14, 2025.

## RESPONSE TO THE COMPLAINT

Microsoft filed its Answer on March 14, 2025. Microsoft's Answer did not include any counterclaims.

## PENDING MOTIONS

There are no pending motions.

1

## RELATED CASE IN THIS JUDICIAL DISTRICT

The case *VirtaMove, Corp v. Oracle Corporation*, Case No. 7:24-cv-00339, filed on December 20, 2024, is a related case pending before Judge Albright, as defined in OGP 4.4 Section 1.

## IPR, CBM, AND OTHER PGR FILINGS

IPR2025-00487, against U.S. Patent No. 7,519,814, was filed by Google LLC on January 31, 2025. A Notice of Filing Date was issued on March 10, 2025. An institution decision is expected by June 10, 2025. If instituted, a Final Written Decision is expected on or before June 10, 2026.

IPR2025-00488, against U.S. Patent No. 7,519,814, was filed by Google LLC on January 31, 2025. A Notice of Filing Date was issued on March 10, 2025. An institution decision is expected by June 10, 2025. If instituted, a Final Written Decision is expected on or before June 10, 2026.

IPR2025-00489, against U.S. Patent No. 7,784,058, was filed by Google LLC on January 31, 2025. A Notice of Filing Date was issued on March 10, 2025. An institution decision is expected by June 10, 2025. If instituted, a Final Written Decision is expected on or before June 10, 2026.

IPR2025-00490, against U.S. Patent No. 7,784,058, was filed by Google LLC on January 31, 2025. A Notice of Filing Date was issued on March 10, 2025. An institution decision is expected by June 10, 2025. If instituted, a Final Written Decision is expected on or before June 10, 2026.

IPR2025-00561, against U.S. Patent No. 7,784,058, was filed by Amazon.com, Inc. on January 30, 2025. A Notice of Filing Date was issued on March 10, 2025. An institution decision is expected by June 10, 2025. If instituted, a Final Written Decision is expected on or before June

10, 2026.

IPR2025-00563, against U.S. Patent No. 7,519,814, was filed by Amazon.com, Inc. on January 31, 2025.  A Notice of Filing Date was issued on March 10, 2025.  An institution decision is expected by June 10, 2025.  If instituted, a Final Written Decision is expected on or before June 10, 2026.

IPR2025-00566, against U.S. Patent No. 7,519,814, was filed by Amazon.com, Inc. on January 31, 2025.  A Notice of Filing Date was issued on March 20, 2025.  An institution decision is expected by June 20, 2025.  If instituted, a Final Written Decision is expected on or before June 22, 2026.

IPR2025-00591, against U.S. Patent No. 7,784,058, was filed by International Business Machines Corp. on February 6, 2025.  A Notice of Filing Date has not been issued yet.

IPR2025-00599, against U.S. Patent No. 7,519,814, was filed by International Business Machines Corp. on February 7, 2025.  A Notice of Filing Date has not been issued yet.

### **NUMBER OF ASSERTED PATENTS AND CLAIMS**

The Complaint asserted independent claim 1 in each of 2 Patents (U.S. Pat. Nos. 7,519,814 and 7,784,058) for a total of 2 claims.  Dkt. 1 at ¶¶ 15, 23.

### **APPOINTMENT OF TECHNICAL ADVISOR**

The parties defer to the Court on whether to appoint a technical advisor.

### **MEET AND CONFER STATUS**

The parties met and conferred.  The parties have no *pre-Markman* issues to raise at the CMC.

Respectfully submitted on March 21, 2025.

| | |
|---|---|
| */s/ Peter Tong* | */s/ John M. Guaragna* |
| Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>Neil A. Rubin (CA SBN 250761)<br>nrubin@raklaw.com<br>Jacob R. Buczko (CA SBN 269408)<br>jbuczko@raklaw.com<br>James S. Tsuei (CA SBN 285530)<br>jtsuei@raklaw.com<br>James A. Milkey (CA SBN 281283)<br>jmilkey@raklaw.com<br>Christian W. Conkle (CA SBN 306374)<br>cconkle@raklaw.com<br>Jonathan Ma (CA SBN 312773)<br>jma@raklaw.com<br>Daniel Kolko (CA SBN 341680)<br>dkolko@raklaw.com<br>Mackenzie Paladino (NY SBN 6039366)<br>mpaladino@raklaw.com<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br><br>Qi (Peter) Tong (TX SBN 24119042)<br>ptong@raklaw.com<br>**RUSS AUGUST & KABAT**<br>8080 N. Central Expy., Suite 1503<br>Dallas, TX 75206<br>Telephone: (310) 826-7474<br><br>*Attorneys for Plaintiff VirtaMove, Corp.* | John M. Guaragna<br>Texas Bar No 24043308<br>DLA PIPER LLP (US)<br>303 Colorado, Suite 3000<br>Austin, TX 78701<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>john.guaragna@us.dlapiper.com<br><br><br>*Counsel for Defendant Microsoft Corporation* |

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Peter Tong*
Peter Tong (TX SBN 24119042)
