# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00338 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as counsel of record for Defendant Microsoft Corporation and consents to electronic service of all papers in this action.

Dated: April 4, 2025

Respectfully submitted,

By: */s/ Ahimsa E. Hodari*
　　Ahimsa E. Hodari
　　Texas Bar No. 24132415
　　DLA PIPER LLP (US)
　　845 Texas Avenue, Suite 3800
　　Houston, TX 77002
　　Tel: 713.425.8400
　　Fax: 713.425.8401
　　ahimsa.hodari@us.dlapiper.com

**ATTORNEY FOR DEFENDANT
MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 4, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1). Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Ahimsa E. Hodari*
Ahimsa E. Hodari
