# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 7:24-cv-00338<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Microsoft Corporation and consents to electronic service of all papers in this action.

Dated: April 4, 2025

Respectfully submitted,

By: */s/ Zachary Loney*
Zachary Loney
Texas Bar No. 24092714
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, TX 78701
Telephone: (512) 457-7125
Facsimile: (512) 457-7001
zachary.loney@us.dlapiper.com

ATTORNEY FOR DEFENDANT
MICROSOFT CORPORATION

1619212008.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 4, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.  Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Zachary Loney*
Zachary Loney

1619212008.1