# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., *Plaintiff*, v. MICROSOFT CORPORATION, *Defendant*. | Case No. 7:24-cv-00338-ADA <br><br> **JURY TRIAL DEMANDED** |

### JOINT MOTION AND STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION

WHEREAS, on December 20, 2024, Plaintiff VirtaMove, Corp. ("VirtaMove") filed the above-captioned action against Defendant Microsoft Corporation ("Microsoft") (collectively, the "Parties"), in the United States District Court for the Western District of Texas, Midland/Odessa Division.

WHEREAS, the above-captioned action could have been brought in the Austin Division of the Western District of Texas.

WHEREAS, the Parties met and conferred and agreed to stipulate to transfer this case to the Western District of Texas, Austin Division because, based on the unique facts of this case, the Austin Division is more convenient than the Midland/Odessa Division.

NOW, THEREFORE, the Parties, stipulate and jointly move this Court to enter an Order transferring the above-captioned action to the Western District of Texas, Austin Division, pursuant to 28 U.S.C. § 1404(b).

The parties agree that this joint motion is for purposes of this case only and does not apply to or prejudice any other case.

Dated: April 16, 2025                                Respectfully submitted,

1618906110

<div style="column-count:2">

*/s/ Qi (Peter) Tong (w/permission)*
Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

***Attorneys for Plaintiff VirtaMove, Corp.***

*/s/ John M. Guaragna*
John M. Guaragna
Texas Bar No. 24043308
Zachary Loney
Texas Bar No. 24092714
Michael Saulnier
Texas Bar No. 24131647
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: (512) 457-7125
Fax: (512) 457-7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Ahimsa E. Hodari
Texas Bar No. 24132415
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
Fax: 713.425.8401
ahimsa.hodari@us.dlapiper.com

***Counsel for Defendant Microsoft Corporation***

</div>

1618906110

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

<div style="text-align:right">

*/s/ John M. Guaragna*
John M. Guaragna

</div>

1618906110