**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> *Plaintiff*, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> *Defendant*. | Case No. 7:24-cv-00338-ADA <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION AND STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION**

The Court has considered VirtaMove and Microsoft's Joint Motion and Stipulation to Transfer Venue to Austin Division and is of the opinion the Motion should be **GRANTED**. The Clerk of Court is **DIRECTED** to take all actions necessary to **TRANSFER** the above-captioned case to the Austin Division of this Court. **IT IS FURTHER ORDERED** that the case will remain on the docket of United States District Judge Alan D Albright.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE

1618906110