UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00338 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as counsel of record for Defendant Microsoft Corporation and consents to electronic service of all papers in this action.

Dated: April 18, 2025

Respectfully submitted,

By: */s/Erin Gibson*
Erin Gibson
Admitted in the Western District of Texas
California Bar No. 229305
DLA PIPER LLP (US)
4365 Executive Drive, Suite 1100
San Diego, CA  92121
Telephone: (858) 677-1400
Facsimile: (858) 677-1401
erin.gibson@us.dlapiper.com

ATTORNEY FOR DEFENDANT
MICROSOFT CORPORATION

1619234808.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 18, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Erin Gibson*
Erin Gibson