UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 7:24-cv-00338 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as counsel of record for Defendant Microsoft Corporation and consents to electronic service of all papers in this action.

Dated: April 18, 2025                  Respectfully submitted,

                        By: */s/ Robert Williams*
                            Robert Williams
                            Admitted in the Western District of Texas
                            California Bar No. 246990
                            DLA PIPER LLP (US)
                            4365 Executive Drive, Suite 1100
                            San Diego, CA  92121
                            Telephone: (858) 677-1400
                            Facsimile: (858) 677-1401
                            robert.williams@us.dlapiper.com

                            ATTORNEY FOR DEFENDANT
                            MICROSOFT CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 18, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of record will be served by a facsimile and/or first-class mail.

*/s/ Robert Willliams*
Robert Williams
