UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>    Defendant. | Case No. 7:24-cv-00338-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION TO DEADLINE TO FILE SCHEDULING ORDER

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, VirtaMove Corp. and Microsoft Corporation (collectively, "the parties") hereby stipulate to the following extension of the deadline to file a Scheduling Order. Under the Exemplary Schedule of the Standing Order Governing Proceedings (OGP) 4.4–Patent Cases (Appendix A), the parties' original deadline of April 18, 2025 is extended by one week until April 25, 2025.

This extension meets the requirements of the Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines because (1) it is agreed to by the parties, (2) does not change the date of any hearing, trial, or other Court date, and (3) does not affect the Court's ability to hold a scheduled hearing, trial, or Court event (because no such dates are yet scheduled).

Jointly submitted via the undersigned counsel on April 18, 2025.

| | |
|---|---|
| */s/ Qi (Peter) Tong*<br>Reza Mirzaie (CA SBN 246953)<br>rmirzaie@raklaw.com<br>Marc A. Fenster (CA SBN 181067)<br>mfenster@raklaw.com<br>Neil A. Rubin (CA SBN 250761)<br>nrubin@raklaw.com<br><br>Jacob R. Buczko (CA SBN 269408)<br>jbuczko@raklaw.com | */s/ John M. Guaragna*<br>John M. Guaragna<br>Texas Bar No. 24043308<br>Zachary Loney<br>Texas Bar No. 24092714<br>Michael Saulnier<br>Texas Bar No. 24131647<br>**DLA PIPER LLP (US)**<br>303 Colorado St., Suite 3000 |

James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Austin, TX 78701
Tel: (512) 457-7125
Fax: (512) 457-7001
john.guaragna@us.dlapiper.com
zachary.loney@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Ahimsa E. Hodari
Texas Bar No. 24132415
DLA PIPER LLP (US)
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
Fax: 713.425.8401
ahimsa.hodari@us.dlapiper.com

*Attorneys for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

    I certify that on April 18, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

    */s/ Qi Tong*
    *Attorney for VirtaMove Corporation.*