IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | Case No. 7:24-cv-00338-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to OGP § II(3) and in view of the Notice of Extension (Dkt. 24), Plaintiff VirtaMove Corp. and Defendant Microsoft Corporation hereby jointly move for the Court to enter the proposed Scheduling Order filed herewith to govern this case.

Counsel for the parties have conferred and all parties agree to the schedule. Accordingly, the parties request that the Court grant the motion and enter the attached Proposed Order.

Dated: April 25, 2025

By: /s/ Peter Tong

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com

Respectfully submitted,

/s/ John Guaragna

John M. Guaragna
Texas Bar No. 24043308
Zachary Loney
Texas Bar No. 24092714
Michael Saulnier
Texas Bar No. 24131647
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Tel: (512) 457-7125
Fax: (512) 457-7001
john.guaragna@us.dlapiper.com

1

Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel B. Kolko (CA SBN 341680)
dkolko@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

zachary.loney@us.dlapiper.com
michael.saulnier@us.dlapiper.com

Ahimsa E. Hodari
Texas Bar No. 24132415
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, TX 77002
Tel: 713.425.8400
Fax: 713.425.8401
ahimsa.hodari@us.dlapiper.com

*Attorneys for Defendant Microsoft Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on April 25, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Peter Tong*
Peter Tong